```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

BRYAN MUSA,                       )
       Plaintiff                  )
                                  )
              v.                  )   C.A. No. 12-cv-30043-MAP
                                  )
WACHOVIA MORTGAGE, ET AL,         )
       Defendants                 )
```

ORDER RE: IMPROPER SERVICE OF PROCESS
AND ISSUANCE OF DEFAULT

December 13, 2012

PONSOR, U.S.D.J.

This lawsuit was instituted on March 5, 2012 against five defendants, Wachovia Mortgage, Countrywide Mortgage, Chase Bank, N.A., Bank of America, N.A., and R. K. Arnold, as President and CEO of Mortgage Electronic Registration Systems, Inc.

On April 13, 2012, the docket noted summonses returned executed for all five defendants. Also on April 13, 2012, Plaintiff filed a Motion for Entry of Default (Dkt. No. 9), and on the same day the clerk entered defaults.

A Motion for Entry of Default Judgment (Dkt. No. 11) was thereafter filed by Plaintiff on May 4, 2012. On May 14, 2012, an opposition to the Motion for Default Judgment was filed on behalf of Bank of America and R. K. Arnold. The opposition noted that there was no such entity as

"Countrywide Mortgage." At the same time as Bank of America and R. K. Arnold opposed the Motion for Default Judgment, these entities also moved to set aside the earlier entry of default. On May 17, 2012, this court entered an order denying the Motion for Default Judgment as to Defendants Bank of America, Countrywide Mortgage, and R. K. Arnold. On June 4, 2012, the court entered an order granting the motion to set aside the default as to these three Defendants as well.

On July 31, 2012, Bank of America and R. K. Arnold filed a Motion to Dismiss (Dkt. No. 22), which was not opposed. The motion was allowed on September 13, 2012. The court at this time erroneously ordered that the case be closed, assuming that the motion to dismiss applied to all five Defendants. In fact, the case could not be closed, since two of the Defendants, Wachovia Mortgage and Chase Bank, still remained.

As Defendants Bank of America and R. K. Arnold have repeatedly pointed out in their opposition to Plaintiff's Motion to Compel and in their Motion to Dismiss, Plaintiff has failed to make proper service upon any of the Defendants. As noted above, one of the Defendants, Countrywide Mortgage, apparently does not exist under that name.

The court's ruling allowing the Motion to Dismiss on September 13, 2012 disposed of all claims against Bank of America, Countrywide Mortgage, and R. K. Arnold, as President and CEO of the Mortgage Electronic Registration Systems, Inc.  The purpose of this memorandum is to clarify the record with regard to the two remaining Defendants, Wachovia Mortgage and Chase Bank, N.A.

With this in mind, the court orders as follows:

1.  The docket entry for summonses returned executed for Wachovia Mortgage and Chase Bank, N.A. (Dkt. Nos. 4 & 6) is hereby ordered stricken or modified to the extent that the court finds no proper service has been made upon either of these entities.

2.  The entry of default with regard to Wachovia Mortgage and Chase Bank, N.A. (Dkt. No. 10) is hereby ordered VACATED.

3.  Plaintiff will have until January 24, 2013 to effect service upon these two remaining Defendants and to supply proof of service to the court. Failing this, the court will order that the remaining claims in this case against Wachovia and Chase Bank, N.A. be dismissed for failure to prosecute.  The case will then be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge