UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRYAN MUSA,                          )
    Plaintiff                    )
                                     )
                 v.               )   C.A. No. 12-cv-30043-MAP
                                     )
WACHOVIA MORTGAGE, ET AL,            )
    Defendants                   )

ORDER OF DISMISSAL

February 28, 2013

PONSOR, U.S.D.J.

    On December 13, 2012, Plaintiff was given until January 24, 2013 to effect service upon the two remaining Defendants in this case, Wachovia Mortgage, and Chase Bank, N.A., and to supply proof of service to the court. The court's December 13 Order stated that, failing this, the court would order dismissal of the remaining claims against these two Defendants and the case would be closed.

    Plaintiff having failed to comply with the court's Order of December 13, 2012, all claims against Wachovia Mortgage, and Chase Bank, N.A. are hereby ordered DISMISSED. This case may now be closed.

    It is So Ordered.

                                         /s/ Michael A. Ponsor
                                         MICHAEL A. PONSOR
                                         U. S. District Judge